

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2021

No. 04-21-00386-CV

Greg **ABBOTT**, in his official capacity as Governor of Texas,
Appellant

v.

**CITY OF LAREDO** and United Independent School District,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2021-CVK-001517-D1
Honorable Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellee City of Laredo's brief in this accelerated appeal was due November 1, 2021. Neither the brief nor a motion for extension of time has been filed. We order the brief filed by November 15, 2021. If the brief is not filed by the date ordered, the appeal may be submitted for decision without an appellee's brief and without further notice.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2021.

_____
Michael A. Cruz,
Clerk of Court